[No. 39817-6-II. Division Two. January 21, 2011.]

*In the Matter of the Marriage of* SHERRY KAY GARLINGTON, *Respondent*, and JAMES DALE GARLINGTON, *Appellant*.

 *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 39822-2-II. Division Two. January 21, 2011.]

ROGER COX, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

 *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 39864-8-II. Division Two. January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANDRA D. FICKETT, *Appellant*.

 *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 40019-7-II. Division Two. January 21, 2011.]

BEN DAVIS ET AL., *Respondents*, v. THE DEPARTMENT OF TRANSPORTATION, *Appellant*.

 *Reversed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.